**Motion Granted; Vacated and Remanded and Memorandum Opinion filed October 6, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00948-CV

_____

**ERIC RAYE RIEGER, Appellant**

**V.**

**ASHLEY NICOLE RAMSEY, Appellee**

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 82302-CV**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed July 1, 2015.

On September 20, 2016, appellant filed an unopposed motion to dismiss the appeal pursuant to settlement, seeking to: (1) set aside the trial court's June 12, 2015 default judgment as to Appellant Rieger without regard to the merits; (2) set

aside the trial court's July 1, 2015 final judgment as to Appellant Rieger without regard to the merits; (3) dismiss this appeal pursuant to the agreement of the parties; and (4) remand this case to the trial court for entry of an Agreed Take Nothing Final Judgment pursuant to the agreement of the parties. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgments signed June 12, 2015, and July 1, 2015, without regard to the merits, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.